**LISA R. LANG**
Johnston Porter Law Office PC
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 245-6309
OSB NO. 025035
Email: Lisa@jplawpc.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

DANIELLA KRAMER,

        **Plaintiff,**

vs.

**COMMISSIONER of Social Security,**
    Defendant

Civil Action No. 6:24-cv-00313-MC

**ORDER GRANTING AWARD OF EAJA FEES, EXPENSES COSTS**

## ORDER

Based upon the Plaintiffs Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(l)(A) the assignment of EAJA fees to Plaintiffs attorney by Plaintiff, as discussed in <u>Astrue v Ratliff,</u> 130 S. Ct. 2521U.S. (2010), and 28 U.S.C. § 1920 it is hereby ordered that EAJA attorney's fees of **$5,200** if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in <u>Ratliff</u> shall be paid to the Plaintiff, and mailed to the attorney's office.

Done this 23rd day of October 2024

            s/Michael J. McShane
            _____
            US DISTRICT COURT JUDGE

Presented by:
Lisa R. Lang, OSB 025035
Johnston Porter Law Office PC
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035